FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 31 2007

DAVI... ...... ..., CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:07CR120 |
| | § | (Judge Schell) |
| CHRISTENE VALERE LAFRANCE (11) | § | |

## FACTUAL STATEMENT

The defendant, CHRISTENE VALERE LAFRANCE, hereby stipulates and agrees as follows:

A.     With respect to Count One of the Superseding Indictment, that the following facts were true:

1.     From sometime in April 2005, and continuing thereafter up through and including June 1, 2007, in the Eastern District of Texas and elsewhere, I, CHRISTENE VALERE LAFRANCE, conspired or agreed with at least one other person to possess with the intent to distribute and dispense a mixture or substance containing a detectable amount of methamphetamine, and/or Methamphetamine Ice, a Schedule II controlled substance.

2.     I knew that the purpose of the conspiracy or agreement, to possess with the intent to distribute and dispense methamphetamine, was unlawful.

3.     Despite knowing the illegal nature of the agreement, I willfully, that is, knowingly and intentionally, joined in the agreement.

4.     With respect to my involvement in this conspiracy, I am responsible for at least 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Statement and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 21 U.S.C. § 846.

Dated: 10 - 1 - 2007

_____
CHRISTENE VALERE LAFRANCE

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Statement and have reviewed it with my client, CHRISTENE VALERE LAFRANCE. Based upon my discussions with my client, I am satisfied that he understands the Factual Statement.

_____
SCOTT SMITH
ATTORNEY FOR DEFENDANT