**To Whom It May Concern:**

I am writing this letter of support on behalf of my daughter's boyfriend Chris LaFrance. I don't partake in any decisions that they make but I give my support to the both of them. I have made bad decisions and I mean plenty of them but I had an opportunity to make it right and I did. They are good people and are very giving they have helped so many people out but got little in return and even then didn't complain. I haven't known Chris for a Long amount of time but for the time that I have known him he is a good guy. He takes good care of my daughter and treats her right. She has never been this happy with any one else. I have never seen her act like this with any one else so my support goes out to him. If by chance he does get a chance at a little more freedom know that he does have a job opportunity with me as a painter and from what I hear plenty more. Thank you for your time.

**William Flowers**

Thank you

william Flowers