6-18-07

Support letter for Chris LaFrance.

To whom it may concern,

I am Chris LaFrance's mother. Chris had a happy, safe, and well-adjusted childhood. He earned his GED and started working as a young teenager.

He has always been a responsible person and there are not many people with his work ethic. He has a huge heart and is a dedicated and loyal family member.

Clearly, he has made some bad decisions in his life, but we are all here to help and support him in any way we can.

Thank you,

Marjorie A. Papillard