To whom it may concern

Im writing this letter on
Behalf of Chris valere lafrance.
Im Christy flowers his girlfriend
This is not only a letter of
support But I would also
like to tell you what Kind
of person Chris is. Chris is
a good person with a
big heart. he has a
beautiful 3 bedroom home,
a dog name Lexi, and 3
cats. Katie Snuggles and
mandi. Chris's dog is his
biggest concern along with
his home. his love for his
dog is close to the love
a parent would have
for a child. lexi is the
sweetest, most sensitive
dog who thinks she is
a person Because Chris
showers her with love
and toys.

Chris likes to spend alot
of time remodeling his house.
He puts a lot of effort
into keeping our yard
mowed and watered. if
Chris wasn't out side
in the yard he was
in side improveing the
house. not to mention
he is very organized
and a little picky so
he did every thing him
self there is still alot
to go Before its fineshed.
Chris is very giveing
and is quick to help
some one out. he wouldnt
hurt a fly. Chris has
a glass Buisness that
has been put on halt
due to the previous incident
of his arrest. I know
people make Bad decisions
and after we make them

we get so wraped up
and cant stop. if given
any kind of a chance at
even a little more freedom
he would not mess that
chanceup not only do I
want him home Because
I miss him But there are
so many things that
I cant do with out him
Being here physically.
For exampel all the
Bills are in his name.
not only the bills But
his company insurance
and company aduertizing
so with out him I cant
cancel or switch them.
Chris is one of the most
unique people I know.
he has a very strong
mind. I dont think he
will have a problem
with drugs any more.

I think the problem was stoping. Now that he is clean and has seen what it has taken I think he is discusted with it. So he looks Better, says he feels 100% better, and is up to par. it is hard running a house by your self. I have picked up his chores on top of mine and its a hard job. Im not much of a handyman so Ive realized how much he does around here to help. I know Bad decisions have consequences but Chris does have a lot of support out here plus a lot of people who care and are concerned. Thank you for takeing

we get so wraped up and cant stop. If given any kind of a chance at even a little more freedom he would not mess that chance up. not only do I want him home Because I miss him But there are so many things that I cant do with out him Being here physically. For exampel all the Bills are in his name. not only the bills But his company insurance and company aduer tizing so with out him I cant cancel or switch them. Chris is one of the most unique people I know. he has a very strong mind. I dont think he will have a problem with drugs any more.

The time to read my
letter of support. Attached
are some pictures of
me Chris and the animals.
Thank you!

Sincerely

Christy Flowers