GEORGES PAPILLARD
319 BROCK DR
SOUTHLAKE TX 76092

TO WHOM IT MAY CONCERN:

THIS LETTER IS BEING WRITTEN TO PROVIDE INFORMATION THAT MIGHT PROVE HELPFUL IN JUDGING CHRIS LAFRANCE'S CASE.

I HAVE KNOWN CHRIS FOR OVER 26 YEARS, SINCE BEFORE MARRYING HIS MOTHER IN AUGUST, 1981. WE ALL RESIDED TOGETHER AS A FAMILY UNTIL CHRIS DECIDED TO STRIKE OUT ON HIS OWN IN 1991.

DURING THE TIME THAT CHRIS & I LIVED UNDER THE SAME ROOF, I WAS IMPRESSED WITH ABILITY TO ADJUST TO THE RADICAL CHANGE IN HIS PERSONAL LIFE. HE CONTINUED TO PROGRESS, STARTING WORKING DURING HIS TEENAGE YEARS, OBTAINED HIS GED AND PERFORMED WHATEVER WAS ASKED OF HIM IN A DEDICATED, PROFESSIONAL MANNER.

I AM AWARE THAT CHRIS HAS MADE SOME MISTAKES IN HIS LIFE, BUT WHO OF US HASN'T?

IT IS MY INTENTION TO PROVIDE CHRIS WITH ALL THE SUPPORT THAT HIS MOTHER & I ARE CAPABLE OF GIVING.

SINCERELY,

GEORGES PAPILLARD