930 North Beltline Rd Suite 124
Irving, TX 75061
(972) 986-2082
(972) 399-0394
texasglass@tx.rr.com



Texas Glass Contracting

August 17, 2007

Scott Smith, Attorney:

I am writing this letter in regards to Christien V. Lafrance (Chris), whom is currently in custody at the Denton County Jail. I am the owner of Texas Glass Contracting in Irving, Texas. I have personally known Chris since August, 2000, when he came into my office and applied for employment with me. From that time until the present I have considered him a close friend and a brother I never had. He stayed employed with me at Texas Glass Contracting until April, 2006, when we both realized he needed to run his own glass business in Saginaw, Texas. We stayed in touch and stayed close friends like we always have.

Not only does Chris exhibit the tendencies to be a valuable friend possessing qualities such as trust and responsibility, but he also possesses skills regarding hard work, integrity, dedication, and commitment that are rarely found in today's employment industry. I had always told Chris that if the glazing business did not work out in Saginaw he was always welcome back to Texas Glass Contracting. Even with the current dilemma he faces, should Chris be released from custody, he would be welcome and immediately employed with Texas Glass Contracting. His traits and skills are an asset that would only bolster and improve the company for continued success.

Should you need to discuss anything with me personally or need anything else, please feel free to call me at (972) 986-2082. I look forward to hearing from you in the immediate future.

With Regards,

Adam Blass
Texas Glass Contracting