## To Whom It May Concern:

I am writing this letter of support for my brother Chris LaFrance. I am not saying I support his decisions that he makes but I do support him because he is a part of our family. I have always been the closest to Chris being his little brother. We are only three years age difference and I think that is why we are so close. Our family consists of me, Chris, my mother, father, and grand mother who is 98 and still moving right along. Our family is not one of the biggest there fore we have to stick together. That is why I am sending this letter to show my respect and support in the time of need. Chris is a dedicated person who keeps his word. His motto is "always give some one a chance and trust them on their word because that is all a man has got." I know Chris has made a bad decision but he has a lot of support out here thank you for your time.

Sincerely,

Paul LaFrance