*To whom it may concern:*

I am a family friend of Chris LaFrance and would like to show my support for him at this current time. I have known Chris and his family for fifteen years. Chris has been coming in to my flower shop for the longest to get plants and fertilizer for his and his mothers yard. Chris and I started hanging out about five years ago and he is extremely in to the appearance of his front yard looking one hundred percent. He loves his animals very dearly and he has a very big heart. Chris is very intelligent and gives a lot of respect to every one. I hope this letter helps in your judgment of my friend Chris.

Sincerely,
Jason L. Stuart