Case 4:07-cr-00120-ALM-KPJ   Document 844-1   Filed 04/10/15   Page 1 of 2 PageID #: 2857

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для for the

Eastern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CHRISTIEN VALERE LAFRANCE | ) Case No: 4:07CR120-11 |
| | ) USM No: 14544-078 |
| Date of Original Judgment: 04/18/2008 | ) |
| Date of Previous Amended Judgment: | ) WAYNE R. DICKEY |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/18/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____

                                                                                    *Judge's signature*

Effective Date: _____
*(if different from order date)*                                       *Printed name and title*

Case 4:07-cr-00120-ALM-KPJ   Document 844-1   Filed 04/10/15   Page 2 of 2 PageID #: 2858

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: CHRISTIEN VALERE LAFRANCE
CASE NUMBER: 4:07CR120-11
DISTRICT: Eastern District of Texas

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 35 | Amended Total Offense Level: 33 | |
| Criminal History Category: II | Criminal History Category: II | |
| Previous Guideline Range: 188 to 235 months | Amended Guideline Range: 151 to 188 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS